**STATE of Missouri, Respondent,**

v.

**Allan McMICHAEL, Appellant.**

**No. WD 34706.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Jerold L. Drake, Stephens & Drake, Grant City, for appellant.

John Ashcroft, Atty. Gen., Dan J. Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of first degree assault in violation of § 565.050, RSMo 1978, and imposition of sentence of ten years imprisonment in the Missouri Department of Corrections.

Affirmed. Rule 30.25(b).